```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) Case No. 2:10-CR-00787-SVW
                                 )
11            Plaintiff,         )
                                 )
12       vs.                     ) ORDER OF DETENTION AFTER HEARING
                                 )   [Fed.R.Crim.P. 32.1(a)(6);
13                               )    18 U.S.C. 3143(a)]
    LUIS ALBERTO CARBAJAL HERNANDEZ, )
14                               )
              Defendant.         )
15  _____)
```

FILED CLERK, U.S. DISTRICT COURT AUG 3 0 2017 CENTRAL DISTRICT OF CALIFORNIA BY __ DEPUTY

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant submitted to detention_

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant submitted to detention

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/30/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE